J-A25031-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| SHANICQUA BRYANT AND WILLIAM LEFTENANT | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| POTTSTOWN SCHOOL DISTRICT, CHRISTINA COZART, SHERRI MORRETT, SHANNON PIERCE | : | No. 784 EDA 2024 |
| | : | |
| APPEAL OF: SHANICQUA BRYANT | : | |

Appeal from the Order Entered January 23, 2024
In the Court of Common Pleas of Montgomery County
Civil Division at No(s):  2023-18711

BEFORE:  OLSON, J., DUBOW, J., and SULLIVAN, J.

JUDGMENT ORDER BY SULLIVAN, J.                    **FILED OCTOBER 31, 2024**

Upon review, this appeal arises from the Court of Common Pleas's denial of Appellant Shanicqua Bryant's motion for a preliminary injunction to compel the Pottstown School District to take, and refrain from taking, certain actions vis-à-vis her minor son.  **See**, **e.g.**, Emergency Mot., 12/14/23, at 1-2; **see also** Notice of Appeal, 2/20/24 (appealing from the order entered on January 23, 2024 denying Appellant's emergency motion for a preliminary injunction). This appeal falls within the appellate jurisdiction of the Commonwealth Court.[1] **See** Pa.R.A.P. 311(a)(4) (granting the right to file an interlocutory appeal

---

[1] This Court may *sua sponte* raise the issue of whether an appeal should be transferred to the Commonwealth Court.  **See Smith v. Ivy Lee Real Estate, LLC**, 152 A.3d 1062, 1065 (Pa. Super. 2016).

from, *inter alia*, an order that denies an injunction); 42 Pa.C.S.A. § 762(a)(4) (vesting jurisdiction in the Commonwealth Court over appeals from orders entered by the Court of Common Pleas in matters involving local government civil and criminal matters); *see also West Chester Area School District v. A.M.*, 164 A.3d 620, 632 (Pa. Cmwlth. 2017) (exercising jurisdiction over a dispute involving a private party and a school district, concerning, as here, an individualized education plan).  Accordingly, we transfer this case to the Commonwealth Court.

The Prothonotary is directed to strike this case from the argument list.

Appeal transferred.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 10/31/2024